UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MATTHEW GREEN, | ) | 3:12-cv-00004-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 26, 2012 |
| | ) | |
| ROBERT BANNISTER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     Katie Lynn Ogden       REPORTER:                FTR

COUNSEL FOR PLAINTIFF:   Matthew Green, In Pro Per (Telephonically)

COUNSEL FOR DEFENDANT(S):   Brian W. Hagen

**MINUTES OF PROCEEDINGS: Motion Hearing**

1:04 Court Convenes.

The court briefly reviews the status of this case with the parties and informs plaintiff that defendant Bannister has been served and that an answer was filed on October 25, 2012 (Dkt. #19). Mr. Green indicates that he has not received copy of the answer. Mr. Hagen agrees to provide plaintiff with additional copies of defendant's answer (Dkt. #19), the acceptance of service (Dkt. #16) and of the notice of under seal submission of last known address (Dkt. #18). The clerk administrator is directed to provide the plaintiff with a copy of the docket sheet.

The court addresses the status of service on behalf of defendant Graham. Mr. Hagen indicates that Dr. Graham has not contacted the AG's Office to request representation in this matter. The court requests that the clerk administrator look further into the status of service on defendant Graham with the US Marshal's Office.

Plaintiff requests that discovery be delayed until defendant Graham is served. The court is not inclined to delay or stay discovery at this time; however, should Dr. Graham be served the court will address extending discovery deadlines at that time. Therefore, plaintiff's Motion for Magistrate Judge to Reconsider Magistrate Judge Order re #34 Order is **DENIED**.

**MINUTES OF PROCEEDINGS**
3:12-cv-00004-LRH-WGC
Date: December 26, 2012
Page 2

**IT IS SO ORDERED.**

1:15 p.m. Court Adjourns.

                                                LANCE S. WILSON, CLERK

                                  By: _____/s/_____
                                      Katie Lynn Ogden, Deputy Clerk