UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| MATTHEW GREEN, ) | |
| ) | |
| Plaintiff, ) | 3:12-cv-00004-LRH-WGC |
| ) | |
| v. ) | |
| ) | O R D E R |
| ROBERT BANNISTER; *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#69[1]) entered on December 9, 2013, recommending denying Defendant's Motion for Summary Judgment (#54) filed on March 15, 2013, and denying Plaintiff's Cross-Motion for Summary Judgment (#64) filed on April 30, 2013. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#69) entered on December 9, 2013, should be adopted and accepted.

---

[1] Refers to court's docket number.

1  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#69) entered on December 9, 2013, is adopted and accepted, and Defendant's Motion for Summary Judgment (#54) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Cross-Motion for Summary Judgment (#64) is DENIED.

IT IS FURTHER ORDERED that this case is referred to the Honorable Valerie P. Cooke for the purpose of conducting a settlement conference.

IT IS FURTHER ORDERED that, if settlement is unsuccessful, the remaining parties shall submit their proposed joint pretrial order pursuant to Local Court Rules 16-3 and 16-4 within forty-five (45) days of the unsuccessful settlement conference.

IT IS SO ORDERED.

DATED this 22nd day of January, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE