1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                  * * * * *

9   MATTHEW GREEN,                    )
                                      )
10              Plaintiff,            )        3:12-cv-00004-LRH-WGC
                                      )
11  v.                                )
                                      )         O R D E R
12  ROBERT BANNISTER; *et al.,*       )
                                      )
13              Defendants.           )
    _____ )

14

15          Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G.

16  Cobb (#69[1]) entered on December 9, 2013, recommending denying Defendant's Motion for Summary

17  Judgment (#54) filed on March 15, 2013, and denying Plaintiff's Cross-Motion for Summary Judgment

18  (#64) filed on April 30, 2013.  No objection to the Report and Recommendation has been filed.  The

19  action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4

20  of the Rules of Practice of the United States District Court for the District of Nevada.

21          The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

22  memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B)

23  and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation

24  (#69) entered on December 9, 2013, should be adopted and accepted.

25  _____

26          [1]Refers to court's docket number.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#69)

2   entered on December 9, 2013, is adopted and accepted, and Defendant's Motion for Summary

3   Judgment (#54) is DENIED.

4    IT IS FURTHER ORDERED that Plaintiff's Cross-Motion for Summary Judgment (#64) is

5   DENIED.

6    IT IS FURTHER ORDERED that this case is referred to the Honorable Valerie P. Cooke for

7   the purpose of conducting a settlement conference.

8    IT IS FURTHER ORDERED that, if settlement is unsuccessful, the remaining parties shall

9   submit their proposed joint pretrial order pursuant to Local Court Rules 16-3 and 16-4 within forty-five

10  (45) days of the unsuccessful settlement conference.

11    IT IS SO ORDERED.

12    DATED this 22nd day of January, 2014.

13                                          _____

14                                          LARRY R. HICKS
                                            UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26                                          2