1
2
3
4
5
6               UNITED STATES DISTRICT COURT

7                     DISTRICT OF NEVADA

8                          * * * * *

9    MATTHEW GREEN,                    )
                                       )
10              Plaintiff,             )         3:12-cv-00004-LRH-WGC
                                       )
11   v.                                )
                                       )         E R R A T A
12   ROBERT BANNISTER; *et al*,        )
                                       )
13              Defendants.            )
     _____ )

14

15          On January 23, 2014, this Court entered its Order (#70[1]) adopting and accepting the Report and

16   Recommendation of U.S. Magistrate Judge William G. Cobb (#69) entered on December 9, 2013.  The

17   Court inadvertently referred this matter to Magistrate Judge Valerie P. Cooke for a settlement

18   conference; the settlement conference should have been referred to Magistrate Judge William G. Cobb.

19          The remaining contents of the Order stand.

20          IT IS THEREFORE ORDERED that this case is referred to the Honorable William G. Cobb

21   for the purpose of conducting a settlement conference.

22   ///

23   ///

24   ///

25   _____

26          [1]Refers to court's docket number.

1    IT IS FURTHER ORDERED that, if settlement is unsuccessful, the remaining parties shall

2  submit their proposed joint pretrial order pursuant to Local Court Rules 16-3 and 16-4 within forty-five

3  (45) days of the unsuccessful settlement conference.

4    IT IS SO ORDERED.

5    DATED this 25th day of February, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2